1  William K. Enger (State Bar No. 143808)
   Jamie N. Furst (State Bar No. 301508)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071                    *JS-6*
4  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
5  Email: William.Enger@wilsonelser.com
          Jamie.Furst@wilsonelser.com
6
7  Attorneys for Plaintiff
   HARTFORD UNDERWRITERS INSURANCE COMPANY
8
9              UNITED STATES DISTRICT COURT
10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 HARTFORD UNDERWRITERS            )  Case No.: CV 14-7522-JFW (MRWx)
   INSURANCE COMPANY,               )
12                                  )  Hon. John F. Walter
                                    )
13                    Plaintiff,    )
                                    )  [~~PROPOSED~~] JUDGMENT
14                                  )
   v.                               )
15                                  )
                                    )
16 JOBBER'S WHOLESALE, INC.,        )
                                    )
17                    Defendant.    )
                                    )
18 _____  )
19

20        THIS matter having come before the Court upon Plaintiff Hartford

21 Underwriters Insurance Company's Motion for Summary Judgment, or in the

22 Alternative, Summary Adjudication dated June 18, 2015, as against Defendant

23 Jobber's Wholesale, Inc. [ECF Docket No. 27] (the "Motion"); and the Court

24 having entered an Order and Statement of Decision dated July 13, 2015, granting

25 the Motion [ECF Docket Nos. 30 and 31]; now, therefore

26        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment

27 is hereby entered in favor of Plaintiff Hartford Underwriters Insurance Company

28 and against Defendant Jobber's Wholesale, Inc. in the principal sum of

1   $130,394.60, together with applicable pre-judgment interest thereon pursuant to

2   California Civil Code § 3289 at the rate of 10% per annum from and after October

3   24, 2012, in the sum of $35,510.20, together with costs pursuant to 28 U.S.C. §

4   1920 taxed in the amount of $460.00, for a total judgment award of ONE

5   HUNDRED SIXTY-SIX THOUSAND THREE HUNDRED SIXTY-FOUR

6   DOLLARS AND EIGHTY CENTS ($166,364.80).

7

8   Dated:  *July 16, 2015*

9                                                    BY THE COURT:

10

11                                                   Hon. John F. Walter

12                                                   United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

2286869v.1                                           CASE NO. CV 14-7522-JFW (MRWx)